**Order filed July 27, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00864-CR
_____

**BENJAMIN DEVORA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1474449**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Accordingly, on May 23, 2017, we ordered that the record be provided to appellant. On June 26, 2017, the District Clerk of Harris County notified this court that appellant received the record on May 30, 2017.

On July 10, 2017, appellant filed a pro se motion for production of additional records, in which he seeks the transcripts of all pretrial conferences and hearings. The record filed with this court does not contain the requested items. It is unclear from our record whether a record was made of any pretrial conferences and hearings. Accordingly, we **GRANT** appellant's motion, and issue the following order:

We order **Gina Bench**, the official court reporter for the 180th District Court, to certify to this court whether a transcript was made of any pretrial conferences or hearings. If any pretrial conferences or hearings were transcribed, the record of that conference or hearing, together with all exhibits, if any, shall be filed with the clerk of this court within **30 days** of the date of this order. In addition, in accordance with local procedure, the clerk of the court shall furnish a copy of the reporter's record, or certification that no record of pretrial conferences or hearings was made, to appellant within **45 days** of the date of this order and certify to this court the date on which delivery of the record to appellant is made.

Appellant's pro se brief shall be filed with this court within thirty days after receipt of a copy of the supplemental record or receipt of notice that no record was made.

PER CURIAM